Case 11-09674    Doc 31    Filed 03/02/12    Entered 03/04/12 23:25:42    Desc Imaged
                        Certificate of Notice    Page 1 of 6

UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re: § 
 § 
Dariusz Mitera § Case No. 11-09674
 § 
      Debtor(s) § 

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DEBORAH M. GUTFELD, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                        219 S. Dearborn Street
                        Chicago, IL  60604
   Any person wishing to object to any fee application that has not already been approved or to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challeneged and the United States Trustee.  A hearing on the fee application and any objection to the Final Report will be held at 10:30 a.m. on April 10, 2012 in courtroom 742 at 219 South Dearborn Street, Chicago, Illinois 60604.

If no objections are filed, upon entry of an order on the fee application, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Deborah M. Gutfeld
                                          Chapter 7 Trustee


*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
Dariusz Mitera § Case No. 11-09674
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,109.36 |
| and approved disbursements of | $ | 25.76 |
| leaving a balance on hand of[1] | $ | 5,083.60 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DEBORAH M. GUTFELD | $ 1,260.94 | $ 0.00 | $ 1,260.94 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,260.94 |
| Remaining Balance | | $ | 3,822.66 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 66,025.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | $ 2,310.70 | $ 0.00 | $ 133.78 |
| 2 | N. A. Chase Bank Usa | $ 15,401.00 | $ 0.00 | $ 891.67 |
| 3 | N. A. Fia Card Services | $ 11,172.87 | $ 0.00 | $ 646.87 |
| 4 | N. A. Chase Bank Usa | $ 9,159.11 | $ 0.00 | $ 530.28 |
| 5 | Us Bank N. A. | $ 27,184.57 | $ 0.00 | $ 1,573.90 |
| 6 | Ge Money Bank | $ 797.20 | $ 0.00 | $ 46.16 |

Total to be paid to timely general unsecured creditors   $ 3,822.66

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Deborah M. Gutfeld
Chapter 7 Trustee

*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                     United States Bankruptcy Court
                      Northern District of Illinois

In re:                                                    Case No. 11-09674-CAD
Dariusz Mitera                                            Chapter 7
       Debtor
                        CERTIFICATE OF NOTICE
District/off: 0752-1        User: rmarola           Page 1 of 2         Date Rcvd: Mar 02, 2012
                            Form ID: pdf006         Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2012.
db         +Dariusz Mitera,   1162 Carswell Ave,   Elk Grove Village, IL 60007-4551
17542490    American InfoSource LP as agent for Citibank N.A.,   PO Box 248840,
             Oklahoma City, OK 73124-8840
16931880   +Bank of America,   Po Box 851001,   Dallas, TX 75285-1001
16931881   +Chase,   Po Box 15153,   Wilmington, DE 19886-5153
17398618    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16931885   +Citi,   Po Box 688923,   Des Moines, IA 50368-8923
17517600    FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
16931886   +HSBC,   Po Box 17264,   Baltimore, MD 21297-1264
16931888   +Sears,   Po Box 183082,   Columbus, OH 43218-3082
17616794  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US BANK N.A.,   BANKRUPTCY DEPARTMENT,   POB 5229,
             CINCINNATI, OH 45201-5229)
16931889   +US Bank,   Po Box 20005,   Owensboro, KY 42304-0005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17371988       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 03 2012 03:41:03
             American InfoSource LP as agent for,   Citibank (South Dakota) N.A.,   PO Box 248840,
             Oklahoma City, OK 73124-8840
17640450       E-mail/PDF: gecsedi@recoverycorp.com Mar 03 2012 03:43:21   GE Money Bank,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
16931887   +E-mail/PDF: gecsedi@recoverycorp.com Mar 03 2012 03:43:21   Sams Club,   Po Box 981064,
             El Paso, TX 79998-1064
                                                                                             TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16931882*    +Chase,   Po Box 15153,   Wilmington, DE 19886-5153
16931883*    +Chase,   Po Box 15153,   Wilmington, DE 19886-5153
16931884*    +Chase,   Po Box 15153,   Wilmington, DE 19886-5153
                                                                                 TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 04, 2012**           **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: rmarola             Page 2 of 2                  Date Rcvd: Mar 02, 2012
                              Form ID: pdf006           Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2012 at the address(es) listed below:

```
              Daniel P Scott    on behalf of Debtor Dariusz Mitera daniel@chepovandscott.com
              Deborah M Gutfeld    on behalf of Trustee Deborah Gutfeld dgutfeld@perkinscoie.com,
               docketchi@perkinscoie.com
              Deborah Michelle Gutfeld    gutfeldch7@perkinscoie.com,
               dgutfeld@ecf.epiqsystems.com;cdennis@nge.com
              Kevin G Schneider    on behalf of Trustee Deborah Gutfeld kschneider@ngelaw.com
              Nicholas M  Miller    on behalf of Trustee Deborah Gutfeld nmiller@ngelaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```