UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
Dariusz Mitera § Case No. 11-09674
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH M. GUTFELD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/DEBORAH M. GUTFELD_____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Po Box 15153 Wilmington, DE 19886 |  |  |  |  |  |
|  | Chase Po Box 15153 Wilmington, DE 19886 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Po Box 688923 Des Moines, IA 50368 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH M. GUTFELD | | | | | |
| Bank of America | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Po Box 851001 Dallas, TX 75285 | | | | | |
| | Chase Po Box 15153 Wilmington, DE 19886 | | | | | |
| | Chase Po Box 15153 Wilmington, DE 19886 | | | | | |
| | HSBC Po Box 17264 Baltimore, MD 21297 | | | | | |
| | Sams Club Po Box 981064 El Paso, TX 79998 | | | | | |
| | Sears Po Box 183082 Columbus, OH 43218 | | | | | |
| | US Bank Po Box 20005 Owensboro, KY 42304 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | | | | | |
| 6 | Ge Money Bank | | | | | |
| 2 | N. A. Chase Bank Usa | | | | | |
| 4 | N. A. Chase Bank Usa | | | | | |
| 3 | N. A. Fia Card Services | | | | | |
| 5 | Us Bank N. A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-09674 | CAD | Judge: | Carol A. Doyle | Trustee Name: | DEBORAH M. GUTFELD |
| Case Name: | Dariusz Mitera | | | | Date Filed (f) or Converted (c): | 03/09/2011 (f) |
| | | | | | 341(a) Meeting Date: | 04/26/2011 |
| For Period Ending: | 08/20/2012 | | | | Claims Bar Date: | 08/18/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1162 Carswell Ave Elk Grove Village, Il 60007 | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash On Hand | 200.00 | 0.00 | DA | 0.00 | FA |
| 3. Chase Personal | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 4. Chase Business | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5. Furniture | 800.00 | 0.00 | DA | 0.00 | FA |
| 6. Clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 7. Dar Pol Remodeling Tools $2,000.00 Car $2,000.00 | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 8. 2008 Audi Q7 | 22,000.00 | 5,109.05 | | 5,109.05 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.31 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $230,000.00    $5,109.05    $5,109.36    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Draft TFR prepared. NGE was retained but no time was billed, so they cannot prepare a Fee Application. Ask DMG if we need anything from NGE. Submit TFR to Tom Thornton for approval once DMG reviews.


Initial Projected Date of Final Report (TFR): 12/31/2013    Current Projected Date of Final Report (TFR): 12/31/2013


**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-09674 | Trustee Name: DEBORAH M. GUTFELD |
| Case Name: Dariusz Mitera | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX6361 |
| | Money Market Account |
| Taxpayer ID No: XX-XXX9560 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 08/20/2012 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/17/11 | 8 | Dariusz W. Mitera | Sale of Interest in Automobile | 1129-000 | $5,109.05 | | $5,109.05 |
| 06/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.01 | | $5,109.06 |
| 07/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $5,109.10 |
| 08/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.05 | | $5,109.15 |
| 09/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $5,109.19 |
| 10/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $5,109.23 |
| 10/31/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.51 | $5,102.72 |
| 11/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $5,102.76 |
| 11/30/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.29 | $5,096.47 |
| 12/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $5,096.51 |
| 12/30/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.28 | $5,090.23 |
| 01/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $5,090.27 |
| 01/31/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.68 | $5,083.59 |
| 02/07/12 | INT | Bank of America | Post accrued interest for account number 4437826361. | 1270-000 | $0.01 | | $5,083.60 |
| 02/07/12 | | Transfer to Acct # xxxxxx6484 | Transfer of Funds from MMA account xxx6361 to Checking account xxx6484 | 9999-000 | | $5,083.60 | $0.00 |

Page Subtotals: $5,109.36    $5,109.36

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

|  | | |
|---|---:|---:|
| COLUMN TOTALS | $5,109.36 | $5,109.36 |
| Less: Bank Transfers/CD's | $0.00 | $5,083.60 |
| Subtotal | $5,109.36 | $25.76 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,109.36 | $25.76 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-09674 | Trustee Name: DEBORAH M. GUTFELD |
| Case Name: Dariusz Mitera | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX6484 |
| | Checking |
| Taxpayer ID No: XX-XXX9560 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 08/20/2012 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/07/12 | | Transfer from Acct # xxxxxx6361 | Transfer of Funds from MMA account xxx6361 to Checking account xxx6484 | 9999-000 | $5,083.60 | | $5,083.60 |
| 03/30/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.25 | $5,077.35 |
| 04/13/12 | | Bank of America | | 2600-000 | | ($6.25) | $5,083.60 |
| 04/13/12 | 1300 | DEBORAH M. GUTFELD<br>131 S. DEARBORN STREET, SUITE 1700<br>CHICAGO, IL 60603-5559 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,260.94 | $3,822.66 |
| 04/13/12 | 1301 | American Infosource Lp As Agent For Citibank (South Dakota) N.A.<br>Po Box 248840<br>Oklahoma City, Ok 73124-8840 | Final distribution to claim 1 representing a payment of 5.79 % per court order. | 7100-000 | | $133.78 | $3,688.88 |
| 04/13/12 | 1302 | N. A. Chase Bank Usa<br>Chase Bank Usa, N.A.<br>Po Box 15145<br>Wilmington, De 19850-5145 | Final distribution to claim 2 representing a payment of 5.79 % per court order. | 7100-000 | | $891.67 | $2,797.21 |
| 04/13/12 | 1303 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>Po Box 15102<br>Wilmington, De 19886-5102 | Final distribution to claim 3 representing a payment of 5.79 % per court order. | 7100-000 | | $646.87 | $2,150.34 |
| 04/13/12 | 1304 | N. A. Chase Bank Usa<br>Chase Bank Usa, N.A.<br>Po Box 15145<br>Wilmington, De 19850-5145 | Final distribution to claim 4 representing a payment of 5.79 % per court order. | 7100-000 | | $530.28 | $1,620.06 |
| 04/13/12 | 1305 | Us Bank N. A.<br>Us Bank N.A.<br>Bankruptcy Department<br>Pob 5229<br>Cincinnati, Oh 45201-5229 | Final distribution to claim 5 representing a payment of 5.79 % per court order. | 7100-000 | | $1,573.90 | $46.16 |
| 04/13/12 | 1306 | Ge Money Bank<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Ave Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 6 representing a payment of 5.79 % per court order. | 7100-000 | | $46.16 | $0.00 |

Page Subtotals: $5,083.60    $5,083.60

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-09674  
Case Name: Dariusz Mitera  
Taxpayer ID No: XX-XXX9560  
For Period Ending: 08/20/2012  

Trustee Name: DEBORAH M. GUTFELD  
Bank Name: Bank of America  
Account Number/CD#: XXXXXX6484  
Checking  
Blanket Bond (per case limit): $100,000.00  
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description of Transaction | 5 Uniform Tran. Code | Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 04/30/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $4.34 | ($4.34) |
| 05/17/12 | | Bank of America | | 2600-000 | | ($4.34) | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $5,083.60 | $5,083.60 |
| Less: Bank Transfers/CD's | $5,083.60 | $0.00 |
| Subtotal | $0.00 | $5,083.60 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $5,083.60 |

Page Subtotals:  $0.00  $0.00

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6361 - Money Market Account | $5,109.36 | $25.76 | $0.00 |
| XXXXXX6484 - Checking | $0.00 | $5,083.60 | $0.00 |
| | $5,109.36 | $5,109.36 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,109.36 |
| Total Gross Receipts: | $5,109.36 |